IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 19-00170-02-CR-W-GAF |
| FIDELINA MUTISYA, | ) ) ) |
| Defendant. | ) |

## ORDER

Now pending before the Court is the Motion to Dismiss Defendant Fidelina Mutisya From Case (Doc. #34). The Government filed its Suggestions in Opposition (Doc. #36) on August 30, 2019.

On September 25, 2019, United States Magistrate Judge Lajuana M. Counts issued her Report and Recommendation (Doc. #45). Defendant filed Objections to the Report and Recommendation (Doc. #49) on October 8, 2019.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Lajuana M. Counts.

Accordingly, it is

ORDERED that the Motion to Dismiss Defendant Fidelina Mutisya From Case (Doc. #34) is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 8, 2019