IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 19-00170-02-CR-W-GAF |
| FIDELINA MUTISYA, | ) ) ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

Defendant Fidelina Mutisya appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(B) to Count One of the Indictment charging her with a violation of 18 U.S.C. § 371, that is, conspiracy to commit offenses against the United States. I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript has been requested. Based on the foregoing, it is

RECOMMENDED that defendant Fidelina Mutisya's plea of guilty be accepted and that defendant Mutisya be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

                 */s/ Lajuana M. Counts*
                 Lajuana M. Counts
                 United States Magistrate Judge